# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GENE PETERS, <br><br> Petitioner, <br><br> v. <br><br> PENNSYLVANIA PAROLE BOARD, et al., <br><br> Respondents. | 2:24-cv-743 <br><br> Hon. J. Nicholas Ranjan <br><br> Magistrate Judge Kezia O. L. Taylor |

## MEMORANDUM ORDER

Mr. Peters has filed a petition for writ of habeas corpus challenging his denial of parole on May 13, 2024. ECF 5. This matter was referred to Magistrate Judge Kezia O. L. Taylor for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court applicable to Magistrate Judges.

Currently before the Court is a Report & Recommendation filed by Judge Taylor. ECF 17. The R&R recommends that the Court (1) deny Mr. Peters's petition, and (2) deny a certificate of appealability. The parties were notified that, pursuant to 28 U.S.C. § 636(b)(1), objections to the Report & Recommendation were due within fourteen days. No party filed any objections.

Upon a review of the record of this matter and the R&R, the Court finds no clear error on the face of the record, and therefore enters the following order:

**AND NOW**, this **19th day of February, 2025**, it is hereby **ORDERED** that Judge Taylor's R&R, ECF 17, is **ADOPTED** as the opinion of the Court.

BY THE COURT:

/s/ *J. Nicholas Ranjan*
United States District Judge